UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Frances Williams, o/b/o James Williams, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　Plaintiff, 　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　v. 　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>Carolyn W. Colvin, Acting 　　　　　　　)<br>Commissioner of Social Security, 　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　　Defendant. 　　　　　　　　　　　　) | C/A No. 5:12-3649-JMC-KDW |

ORDER

　　　The Defendant, Carolyn W. Colvin, Acting, Commissioner of Social Security, by her attorneys, William N. Nettles, United States Attorney for the District of South Carolina, and Marshall Prince, Assistant United States Attorney, has moved this court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. ECF No. 12.

　　　On order of the court, this case will be remanded to the Appeals Council. The Appeals Council will remand the case to an Administrative Law Judge with instructions upon remand for the period prior to February 5, 2011, the Administrative Law Judge will give further consideration to Dr. Katseva's opinions pursuant to the provisions of 20 C.F.R. §§ 404.1527(c) and 416.927(c) and SSR 96-2p and explain the weight given to such opinion evidence; evaluate the effects of obesity on the claimant's ability to perform work-related activities; further evaluate the claimant's subjective complaints and provide rationale in accordance with the disability regulations pertaining to evaluation of symptoms; give further consideration to the claimant's maximum RFC and provide appropriate rationale with specific references to evidence of record in support of the assessed limitations; if necessary, obtain evidence from a medical expert to clarify whether an earlier date of

onset is appropriate; and if warranted by the expanded record, obtain vocational expert testimony to clarify the effect of the assessed limitations on the occupational base.

Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, the court hereby

**GRANTS** the Commissioner's Motion to Remand Pursuant to Sentence Four, ECF No. 12, **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the cause to the Commissioner for further administrative proceedings as set out above.[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

IT IS SO ORDERED.

September 3, 2013  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge

---

[1] The Clerk of Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.