# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| Frances Williams,<br>On behalf of James Williams<br><br>Plaintiff,<br><br>v.<br><br>Carolyn W. Colvin, Acting Commissioner<br>of the Social Security Administration,<br><br>Defendant. | Civil Action. No. 5:12-cv-03649-JMC<br><br>**ORDER** |

This matter is before the court upon motion of the Plaintiff, through her attorney, William B. Jung, for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. On October 31, 2013, Counsel for the Plaintiff William B. Jung ("Counsel"), filed a motion for attorney's fees and costs [ECF No. 16] pursuant to 42 U.S.C. § 406(b). The motion seeks reimbursement for Counsel's representation in the captioned matter in the amount of $3,819.36, representing 20.50 hours of attorney work in federal court at $186.31 per hour and $350.00 in federal court filing fee cost. Defendant's response to Plaintiff's Motion for Attorney Fees under 42 U.S.C. § 406(b) [ECF No. 20] notifies the court that she does not oppose Plaintiff's request for fees in the amount stated herein pursuant to 42 U.S.C. § 406(b).

The court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's request for fees reasonable.

Therefore, the Plaintiff is entitled to an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $4,169.36. In accordance with *Astrue v. Ratliff*, 130

S. Ct. 2521, 2524 (2010), the court directs these fees be payable directly to Plaintiff, with notice of the payment to be sent to Plaintiff's counsel.

**IT IS SO ORDERED.**

United States District Judge

December 6, 2013
Greenville, South Carolina